UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **MCGUIRE, PENNY** | ) | Bankruptcy Case No. 15-80423 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MCGUIRE, PENNY
3802 EASTWOOD CT
BELVIDERE, IL 61008

MEGAN M OSTLING
OSTLING & ASSOCIATES, LTD.
201 W OLIVE ST.
BLOOMINGTON, IL 61701
*(Via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101-7317

Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK (USA), N.A
POB 12914
Norfolk, VA 23541

BMO Harris Bank/CSC Logic
P.O. Box 975593
Dallas, TX 75397

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com