
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MCGUIRE, PENNY | § | Case No. 15-80423-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

# AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 19, 2015. The undersigned trustee was appointed on May 25, 2016.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of      $      100,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 10,617.48 |
| Administrative expenses | 44,123.03 |
| Bank service fees | 111.20 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 30,148.29 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/02/2016 and the deadline for filing governmental claims was 08/02/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,698.28.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $6,698.28 as interim compensation and now requests the sum of $0.00, for a total compensation of $6,698.28.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/04/2016            By: /s/STEPHEN G. BALSLEY
                                Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80423-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** MCGUIRE, PENNY  **Filed (f) or Converted (c):** 02/19/15 (f)
 **§341(a) Meeting Date:** 03/19/15
**Period Ending:** 10/04/16  **Claims Bar Date:** 08/02/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Mobile home located at 3802 Eastwood Ct Belvider | 20,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking at BMO Harris | 557.00 | 0.00 | | 0.00 | FA |
| 3  Household goods & Furnishings | 925.00 | 0.00 | | 0.00 | FA |
| 4  Wearing Apparel | 160.00 | 0.00 | | 0.00 | FA |
| 5  Misc. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6  Possible 2014 Tax Refund | Unknown | 0.00 | | 0.00 | FA |
| 7  Possible Personal Injury Settlement   See Order to Employ Special Counsel entered March 31, 2016.   See Order to Compromise Controversy entered May 25, 2016. | Unknown | 40,402.77 | | 100,000.00 | FA |
| 8  2004 Dodge Intrepid in fair condition with 203,0 | 2,120.00 | 0.00 | | 0.00 | FA |
| 8  **Assets  Totals** (Excluding unknown values) | **$23,812.00** | **$40,402.77** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   August 13, 2016  **Current Projected Date Of Final Report (TFR):**   August 13, 2016  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-80423-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MCGUIRE, PENNY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7866 - Checking Account |
| Taxpayer ID #: | **-***3371 | | Blanket Bond: | $6,620,000.00 (per case limit) |
| Period Ending: | 10/04/16 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/16/16 | | MacCloskeyKesler & Assoc., LLP | Personal Injury Settlement | | | 55,402.77 | | 55,402.77 |
| | {7} | | Settlement Amount | 100,000.00 | 1129-000 | | | 55,402.77 |
| | | | Attorney's Fee | -33,333.33 | 3210-600 | | | 55,402.77 |
| | | | Costs | -646.42 | 3220-610 | | | 55,402.77 |
| | | | Medical Lien - BlueCross/BlueShield | -7,965.37 | 4220-000 | | | 55,402.77 |
| | | | Medical Bills with Lien Rights | -2,652.11 | 4220-000 | | | 55,402.77 |
| 06/24/16 | 101 | Penny McGuire | Debtor's claimed personal injury exemption | | 8100-002 | | 15,000.00 | 40,402.77 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 34.43 | 40,368.34 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 76.77 | 40,291.57 |
| 09/26/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Attorney for Trustee Fees pursuant to Court Order entered 9/26/16 | | 3210-000 | | 3,445.00 | 36,846.57 |
| 09/26/16 | 103 | STEPHEN G. BALSLEY | Trustee Compensation pursuant to Court Order entered 9/26/16 | | 2100-000 | | 6,698.28 | 30,148.29 |
| | | | **ACCOUNT TOTALS** | | | 55,402.77 | 25,254.48 | **$30,148.29** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 55,402.77 | 25,254.48 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$55,402.77** | **$10,254.48** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7866** | 55,402.77 | 10,254.48 | 30,148.29 |
| | **$55,402.77** | **$10,254.48** | **$30,148.29** |

{} Asset reference(s)

Printed: 10/04/2016 09:37 AM   V.13.28

# Exhibit C

## Case: 15-80423-TML  MCGUIRE, PENNY

Claims Bar Date: 08/02/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>02/19/15 | | $3,445.00<br>$3,445.00 | $3,445.00 | $0.00 |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>02/19/15 | [Updated by Surplus to Debtor Report based on Net Estate Value: 69660.49] - Trustee will waive any additional trustee compensation accepting only the awarded amount of $6,698.28 per Court Order entered September 26, 2016. | $6,698.28<br>$6,698.28 | $6,698.28 | $0.00 |
| 1 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/02/16 | TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 731248866<br>------------------------------------------------------------------------------* * * | $3,740.55<br>$3,740.55 | $0.00 | $3,740.55 |
| 1I | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/02/16 | | $14.73<br>$14.73 | $0.00 | $14.73 |
| 2 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>05/05/16 | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101<br>------------------------------------------------------------------------------* * * | $165.00<br>$165.00 | $0.00 | $165.00 |
| 2I | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101<br><7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>05/05/16 | | $0.65<br>$0.65 | $0.00 | $0.65 |

# Exhibit C

## Case:  15-80423-TML    MCGUIRE, PENNY

Claims Bar Date:  08/02/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Midland Funding, LLC<br>P.O. Box 2011<br><br>Warren, MI 48090<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/16/16 | P.O. Box 2011<br>Warren, MI 48090<br>-----------------------------------------------------------------------------* * * | $2,752.25<br>$2,752.25 | $0.00 | $2,752.25 |
| 3I | Midland Funding, LLC<br>P.O. Box 2011<br>Warren, MI 48090<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>06/16/16 | | $10.84<br>$10.84 | $0.00 | $10.84 |
| 4 | Midland Funding, LLC<br>P.O. Box 2011<br><br>Warren, MI 48090<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/16/16 | P.O. Box 2011<br>Warren, MI 48090<br>-----------------------------------------------------------------------------* * * | $578.41<br>$578.41 | $0.00 | $578.41 |
| 4I | Midland Funding, LLC<br>P.O. Box 2011<br>Warren, MI 48090<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>06/16/16 | | $2.28<br>$2.28 | $0.00 | $2.28 |
| 5 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/02/16 | c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 193550701<br>-----------------------------------------------------------------------------* * * | $2,038.33<br>$2,038.33 | $0.00 | $2,038.33 |
| 5I | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/02/16 | | $8.03<br>$8.03 | $0.00 | $8.03 |
| 6 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK (USA), N.A<br>POB 41067<br>Norfolk, VA 23541<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/02/16 | Successor to CAPITAL ONE BANK (USA), N.A<br>POB 41067<br>Norfolk, VA 23541<br>-----------------------------------------------------------------------------* * * | $579.99<br>$579.99 | $0.00 | $579.99 |

# Exhibit C

## Case: 15-80423-TML  MCGUIRE, PENNY

Claims Bar Date: 08/02/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6I | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK (USA), N.A<br>POB 41067<br>Norfolk, VA 23541<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/02/16 | | $2.28<br>$2.28 | $0.00 | $2.28 |
| 7 | BMO Harris Bank/CSC Logic<br>P.O.Box 975593<br><br>Dallas, TX 75397<br><br><br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>08/15/16 | P.O.Box 1577<br>Coppell, TX 75019<br>-----------------------------------------------------------------------------* * * | $4,205.10<br>$4,205.10 | $0.00 | $4,205.10 |
| 7I | BMO Harris Bank/CSC Logic<br>P.O.Box 975593<br>Dallas, TX 75397<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/15/16 | | $16.56<br>$16.56 | $0.00 | $16.56 |
| 8 | Country Door<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>08/29/16 | c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br>-----------------------------------------------------------------------------* * * | $163.27<br>$163.27 | $0.00 | $163.27 |
| 8I | Country Door<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/29/16 | | $0.64<br>$0.64 | $0.00 | $0.64 |
| 9 | Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br><br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>08/29/16 | c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br>-----------------------------------------------------------------------------* * * | $276.45<br>$276.45 | $0.00 | $276.45 |

# Exhibit C

### Case: 15-80423-TML  MCGUIRE, PENNY

Claims Bar Date: 08/02/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9I | Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured<br>08/29/16 | | $1.09<br>$1.09 | $0.00 | $1.09 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 10 | Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured<br>08/29/16 | <br><br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380<br>----------------------------------------------------------------------------* * * | $216.74<br>$216.74 | $0.00 | $216.74 |
| | <7200-00  Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 10I | Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured<br>08/29/16 | | $0.85<br>$0.85 | $0.00 | $0.85 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| SURPLUS | MCGUIRE, PENNY<br>3802 EASTWOOD CT<br>BELVIDERE, IL 61008 | Unsecured<br>02/19/15 | | $15,374.25<br>$15,374.25 | $0.00 | $15,374.25 |
| | <8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | | | | | |
| | | | **Case Total:** | | **$10,143.28** | **$30,148.29** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-80423-TML
Case Name: MCGUIRE, PENNY
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 30,148.29

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 30,148.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 6,698.28 | 6,698.28 | 0.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,445.00 | 3,445.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 0.00
Remaining balance: $ 30,148.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 30,148.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $165.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 165.00 | 0.00 | 165.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 165.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 29,983.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,689.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 3,740.55 | 0.00 | 3,740.55 |
| 3 | Midland Funding, LLC | 2,752.25 | 0.00 | 2,752.25 |
| 4 | Midland Funding, LLC | 578.41 | 0.00 | 578.41 |
| 5 | Capital One NA | 2,038.33 | 0.00 | 2,038.33 |
| 6 | Portfolio Recovery Associates, LLC | 579.99 | 0.00 | 579.99 |

|  | Total to be paid for timely general unsecured claims: | $ | 9,689.53 |
|---|---|---|---|
|  | Remaining balance: | $ | 20,293.76 |

Tardily filed claims of general (unsecured) creditors totaling $ 4,861.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | BMO Harris Bank/CSC Logic | 4,205.10 | 0.00 | 4,205.10 |
| 8 | Country Door | 163.27 | 0.00 | 163.27 |
| 9 | Midnight Velvet | 276.45 | 0.00 | 276.45 |
| 10 | Ginny's | 216.74 | 0.00 | 216.74 |

|  | Total to be paid for tardy general unsecured claims: | $ | 4,861.56 |
|---|---|---|---|
|  | Remaining balance: | $ | 15,432.20 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 15,432.20

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $57.95. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 15,374.25.

**UST Form 101-7-TFR (05/1/2011)**