# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MCGUIRE, PENNY                                  § Case No. 15-80423-TML
                                                       §
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $23,812.00                    Assets Exempt: $36,272.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,225.87     Claims Discharged
                                                Without Payment: $14,954.11

Total Expenses of Administration: $44,234.23

---

   3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,539.90 (see **Exhibit 2**), yielded net receipts of $69,460.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,617.48 | $10,617.48 | $10,617.48 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,234.23 | 44,234.23 | 44,234.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,350.14 | 165.00 | 165.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,077.83 | 14,609.04 | 14,609.04 | 14,608.39 |
| **TOTAL DISBURSEMENTS** | $28,427.97 | $69,625.75 | $69,625.75 | $69,460.10 |

4) This case was originally filed under Chapter 7 on February 19, 2015. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2017          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Personal Injury Settlement | 1129-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Penny McGuire | Debtor's claimed personal injury exemption | 8100-002 | 15,000.00 |
| MCGUIRE, PENNY | Dividend paid 100.00% on $15,374.25; Claim# SURPLUS; Filed: $15,374.25; Reference: | 8200-002 | 15,374.25 |
| Clerk of the United States Bankruptcy Court | Unclaimed Payment to IRS Plus Interest Claim Nos. 2 and 2I | 8500-002 | 165.65 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,539.90** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MacCloskeyKesler & Assoc., LLP | 4220-000 | N/A | 7,965.37 | 7,965.37 | 7,965.37 |
| | MacCloskeyKesler & Assoc., LLP | 4220-000 | N/A | 2,652.11 | 2,652.11 | 2,652.11 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,617.48** | **$10,617.48** | **$10,617.48** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 6,698.28 | 6,698.28 | 6,698.28 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,445.00 | 3,445.00 | 3,445.00 |
| MacCloskeyKesler & Assoc., LLP | 3210-600 | N/A | 33,333.33 | 33,333.33 | 33,333.33 |
| MacCloskeyKesler & Assoc., LLP | 3220-610 | N/A | 646.42 | 646.42 | 646.42 |
| Rabobank, N.A. | 2600-000 | N/A | 34.43 | 34.43 | 34.43 |
| Rabobank, N.A. | 2600-000 | N/A | 76.77 | 76.77 | 76.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $44,234.23 | $44,234.23 | $44,234.23 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | 516.14 | 165.00 | 165.00 | 0.00 |
| NOTFILED | IL Dept. of Employment Security Benefits Collection | 5200-000 | 2,834.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,350.14 | $165.00 | $165.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 3,868.14 | 3,740.55 | 3,740.55 | 3,740.55 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 14.73 | 14.73 | 14.73 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | Internal Revenue Service | 7990-000 | N/A | 0.65 | 0.65 | 0.00 |
| 3 | Midland Funding, LLC | 7100-000 | 2,752.00 | 2,752.25 | 2,752.25 | 2,752.25 |
| 3I | Midland Funding, LLC | 7990-000 | N/A | 10.84 | 10.84 | 10.84 |
| 4 | Midland Funding, LLC | 7100-000 | 578.00 | 578.41 | 578.41 | 578.41 |
| 4I | Midland Funding, LLC | 7990-000 | N/A | 2.28 | 2.28 | 2.28 |
| 5 | Capital One NA | 7100-000 | 2,049.00 | 2,038.33 | 2,038.33 | 2,038.33 |
| 5I | Capital One NA | 7990-000 | N/A | 8.03 | 8.03 | 8.03 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 579.99 | 579.99 | 579.99 | 579.99 |
| 6I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 2.28 | 2.28 | 2.28 |
| 7 | BMO Harris Bank/CSC Logic | 7200-000 | 2,882.00 | 4,205.10 | 4,205.10 | 4,205.10 |
| 7I | BMO Harris Bank/CSC Logic | 7990-000 | N/A | 16.56 | 16.56 | 16.56 |
| 8 | Country Door | 7200-000 | 161.26 | 163.27 | 163.27 | 163.27 |
| 8I | Country Door | 7990-000 | N/A | 0.64 | 0.64 | 0.64 |
| 9 | Midnight Velvet | 7200-000 | 252.98 | 276.45 | 276.45 | 276.45 |
| 9I | Midnight Velvet | 7990-000 | N/A | 1.09 | 1.09 | 1.09 |
| 10 | Ginny's | 7200-000 | N/A | 216.74 | 216.74 | 216.74 |
| 10I | Ginny's | 7990-000 | N/A | 0.85 | 0.85 | 0.85 |
| NOTFILED | TNB Visa | 7100-000 | 3,174.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit | 7100-000 | 578.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 465.00 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Macys | 7100-000 | 1,328.00 | N/A | N/A | 0.00 |
| NOTFILED | ARS National Services | 7100-000 | 579.00 | N/A | N/A | 0.00 |
| NOTFILED | Family Credit Management | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Center | 7100-000 | 656.46 | N/A | N/A | 0.00 |
| NOTFILED | Freedman, Anselmo, Lindberg, LLC | 7100-000 | 3,174.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$25,077.83** | **$14,609.04** | **$14,609.04** | **$14,608.39** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-80423-TML  
**Case Name:** MCGUIRE, PENNY  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 02/19/15 (f)  
**§341(a) Meeting Date:** 03/19/15  

**Period Ending:** 01/31/17  
**Claims Bar Date:** 08/02/16  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Mobile home located at 3802 Eastwood Ct Belvider | 20,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking at BMO Harris | 557.00 | 0.00 | | 0.00 | FA |
| 3  Household goods & Furnishings | 925.00 | 0.00 | | 0.00 | FA |
| 4  Wearing Apparel | 160.00 | 0.00 | | 0.00 | FA |
| 5  Misc. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6  Possible 2014 Tax Refund | Unknown | 0.00 | | 0.00 | FA |
| 7  Possible Personal Injury Settlement    See Order to Employ Special Counsel entered March 31, 2016.    See Order to Compromise Controversy entered May 25, 2016. | Unknown | 40,402.77 | | 100,000.00 | FA |
| 8  2004 Dodge Intrepid in fair condition with 203,0 | 2,120.00 | 0.00 | | 0.00 | FA |
| 8  **Assets   Totals** (Excluding unknown values) | **$23,812.00** | **$40,402.77** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   August 13, 2016     **Current Projected Date Of Final Report (TFR):**   August 13, 2016  (Actual)

Case 15-80423    Doc 44    Filed 02/23/17    Entered 02/23/17 15:43:58    Desc Main
Document      Page 7 of 9

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-80423-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MCGUIRE, PENNY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7866 - Checking Account |
| Taxpayer ID #: | **-***3371 | | Blanket Bond: | $6,620,000.00 (per case limit) |
| Period Ending: | 01/31/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/16/16 | | MacCloskeyKesler & Assoc., LLP | Personal Injury Settlement | | 55,402.77 | | 55,402.77 |
| | {7} | | Settlement Amount   100,000.00 | 1129-000 | | | 55,402.77 |
| | | | Attorney's Fee   -33,333.33 | 3210-600 | | | 55,402.77 |
| | | | Costs   -646.42 | 3220-610 | | | 55,402.77 |
| | | | Medical Lien -   -7,965.37 BlueCross/BlueShield | 4220-000 | | | 55,402.77 |
| | | | Medical Bills with Lien   -2,652.11 Rights | 4220-000 | | | 55,402.77 |
| 06/24/16 | 101 | Penny McGuire | Debtor's claimed personal injury exemption | 8100-002 | | 15,000.00 | 40,402.77 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.43 | 40,368.34 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.77 | 40,291.57 |
| 09/26/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Attorney for Trustee Fees pursuant to Court Order entered 9/26/16 | 3210-000 | | 3,445.00 | 36,846.57 |
| 09/26/16 | 103 | STEPHEN G. BALSLEY | Trustee Compensation pursuant to Court Order entered 9/26/16 | 2100-000 | | 6,698.28 | 30,148.29 |
| 10/08/16 | 104 | MCGUIRE, PENNY | Dividend paid 100.00% on $15,374.25; Claim# SURPLUS; Filed: $15,374.25; Reference: | 8200-002 | | 15,374.25 | 14,774.04 |
| 10/08/16 | 105 | American InfoSource LP as agent for | Combined Check for Claims#1,1I | | | 3,755.28 | 11,018.76 |
| | | | Dividend paid 100.00%   3,740.55 on $3,740.55; Claim# 1; Filed: $3,740.55 | 7100-000 | | | 11,018.76 |
| | | | Dividend paid 100.00%   14.73 on $14.73; Claim# 1I; Filed: $14.73 | 7990-000 | | | 11,018.76 |
| 10/08/16 | 106 | BMO Harris Bank/CSC Logic | Combined Check for Claims#7,7I | | | 4,221.66 | 6,797.10 |
| | | | Dividend paid 100.00%   4,205.10 on $4,205.10; Claim# 7; Filed: $4,205.10 | 7200-000 | | | 6,797.10 |
| | | | Dividend paid 100.00%   16.56 on $16.56; Claim# 7I; Filed: $16.56 | 7990-000 | | | 6,797.10 |
| 10/08/16 | 107 | Capital One NA | Combined Check for Claims#5,5I | | | 2,046.36 | 4,750.74 |
| | | | Dividend paid 100.00%   2,038.33 on $2,038.33; Claim# 5; Filed: $2,038.33 | 7100-000 | | | 4,750.74 |
| | | | Dividend paid 100.00%   8.03 on $8.03; Claim# 5I; | 7990-000 | | | 4,750.74 |

Subtotals :       $55,402.77       $50,652.03

{} Asset reference(s)                                       Printed: 01/31/2017 04:40 PM    V.13.28

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 15-80423-TML | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | MCGUIRE, PENNY | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7866 - Checking Account |
| **Taxpayer ID #:** | **-***3371 | | **Blanket Bond:** | $6,620,000.00  (per case limit) |
| **Period Ending:** | 01/31/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $8.03 | | | | |
| 10/08/16 | 108 | Country Door | Combined Check for Claims#8,8I | | | 163.91 | 4,586.83 |
| | | | Dividend paid 100.00%  163.27 on $163.27;  Claim# 8; Filed: $163.27 | 7200-000 | | | 4,586.83 |
| | | | Dividend paid 100.00%  0.64 on $0.64;  Claim# 8I; Filed: $0.64 | 7990-000 | | | 4,586.83 |
| 10/08/16 | 109 | Ginny's | Combined Check for Claims#10,10I | | | 217.59 | 4,369.24 |
| | | | Dividend paid 100.00%  216.74 on $216.74;  Claim# 10; Filed: $216.74 | 7200-000 | | | 4,369.24 |
| | | | Dividend paid 100.00%  0.85 on $0.85;  Claim# 10I; Filed: $0.85 | 7990-000 | | | 4,369.24 |
| 10/08/16 | 110 | Internal Revenue Service | Combined Check for Claims#2,2I Voided on 11/03/16 | 5800-000 | | 165.65 | 4,203.59 |
| 10/08/16 | 111 | Midland Funding, LLC | Combined Check for Claims#3,4,3I,4I | | | 3,343.78 | 859.81 |
| | | | Dividend paid 100.00%  2,752.25 on $2,752.25;  Claim# 3; Filed: $2,752.25 | 7100-000 | | | 859.81 |
| | | | Dividend paid 100.00%  578.41 on $578.41;  Claim# 4; Filed: $578.41 | 7100-000 | | | 859.81 |
| | | | Dividend paid 100.00%  10.84 on $10.84;  Claim# 3I; Filed: $10.84 | 7990-000 | | | 859.81 |
| | | | Dividend paid 100.00%  2.28 on $2.28;  Claim# 4I; Filed: $2.28 | 7990-000 | | | 859.81 |
| 10/08/16 | 112 | Midnight Velvet | Combined Check for Claims#9,9I | | | 277.54 | 582.27 |
| | | | Dividend paid 100.00%  276.45 on $276.45;  Claim# 9; Filed: $276.45 | 7200-000 | | | 582.27 |
| | | | Dividend paid 100.00%  1.09 on $1.09;  Claim# 9I; Filed: $1.09 | 7990-000 | | | 582.27 |
| 10/08/16 | 113 | Portfolio Recovery Associates, LLC | Combined Check for Claims#6,6I | | | 582.27 | 0.00 |
| | | | Dividend paid 100.00%  579.99 | 7100-000 | | | 0.00 |

Subtotals :          $0.00          $4,750.74

{} Asset reference(s)                                                                             Printed: 01/31/2017 04:40 PM    V.13.28

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 15-80423-TML | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | MCGUIRE, PENNY | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7866 - Checking Account |
| **Taxpayer ID #:** | **-***3371 | | **Blanket Bond:** | $6,620,000.00  (per case limit) |
| **Period Ending:** | 01/31/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | on $579.99;  Claim# 6;  Filed: $579.99 | | | | |
| | | | Dividend paid 100.00%   2.28 on $2.28;  Claim# 6I;  Filed: $2.28 | 7990-000 | | | 0.00 |
| 11/03/16 | 110 | Internal Revenue Service | Combined Check for Claims#2,2I Voided: check issued on 10/08/16 | 5800-000 | | -165.65 | 165.65 |
| 11/03/16 | 114 | Clerk of the United States Bankruptcy Court | Unclaimed Payment to IRS Plus Interest Claim Nos. 2 and 2I | 8500-002 | | 165.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 55,402.77 | 55,402.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 55,402.77 | 55,402.77 | |
| | | | Less: Payments to Debtors | | | 30,374.25 | |
| | | | **NET Receipts / Disbursements** | | **$55,402.77** | **$25,028.52** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7866** | 55,402.77 | 25,028.52 | 0.00 |
| | **$55,402.77** | **$25,028.52** | **$0.00** |

{} Asset reference(s)                                                                                                        Printed: 01/31/2017 04:40 PM    V.13.28